IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JIMMY DALE HUNSUCKER, JR.                                                      PLAINTIFF

VS.                                                              CAUSE NO. 3:10CV8-M-D

TIPPAH COUNTY, MISSISSIPPI, ET AL                                            DEFENDANTS

### AMENDED ORDER EXTENDING TIME IN WHICH TO DESIGNATE EXPERTS

THIS DAY this cause came before the Court on Plaintiff's Motion for Extension of Time in Which to Designate Experts, and the Court after taking same into consideration and being advised the Defendants have no objection to said extension, finds that the Motion is well taken and is hereby granted.

IT IS, THEREFORE, ORDERED that the Plaintiff is hereby allowed two (2) additional weeks in which to designate his expert witnesses. The Plaintiff's expert witnesses' designations are now due December 30, 2010. The Defendants' expert witness designations are due January 30, 2011.

IT IS FURTHER ORDERED that the other discovery deadlines are extended as well, specifically, the discovery deadline and motion deadline. The discovery deadline is extended to March 14, 2011, and the dispositive motion deadline, including motions in limine seeking the exclusion of expert witness testimony, are now due on March 28, 2011.

SO ORDERED this the 21st day of December, 2010.

/s/ JERRY A. DAVIS_____
UNITED STATES MAGISTRATE JUDGE

PREPARED BY:

Charles R. Mullins (MB# 9821)
Coxwell & Associates, PLLC
Post Office Box 1337
Jackson, Mississippi  39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
chuckm@coxwelllaw.com