AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10CV008-M-A

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ST. PAUL FIRE + MARINE INSURANCE COMPANY
was received by me on *(date)* August 15, 2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DANNY PERRY , who is
designated by law to accept service of process on behalf of *(name of organization)* ST PAUL FIRE + MARINE
INSURANCE COMPANY on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 17, 2011

_____
Server's signature

Tyler H. Miller / Process SERVER
Printed name and title

P.O. Box 546, Ridgeland MS 39158
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| Jimmy Dale Hunsucker, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10CV008-M-A |
| Tippah County, Mississippi, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* St. Paul Fire and Marine Insurance Company, c/o Its Registered Agent for Service of Process: Charles A. Brewer, 506 S. President Street, Jackson, Mississippi

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles R. Mullins, Coxwell & Associates, PLLC, 500 N. State Street, Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews, Clerk of Court

CLERK OF COURT

Date: 08/03/2011

*Signature of Clerk or Deputy Clerk*