## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

JIMMY DALE HUNSUCKER, JR.                                        PLAINTIFF

VS                                            CAUSE NO. 3:10CV008-MPM-JAD

TIPPAH COUNTY, MISSISSIPPI, ET AL                              DEFENDANTS

## ORDER

St. Paul Fire & Marine Insurance Company filed a Motion for More Definite Statement on September 2, 2011. [116]  On September 5, 2011, Plaintiff filed a Response to the motion. [117] The Court having reviewed the Motion and Response, hereby finds that Plaintiff's Response to St. Paul Fire & Marine Insurance Company's Motion for More Definite Statement will be accepted as an amendment to the Third Amended Complaint, and St. Paul Fire & Marine Insurance Company has twenty-one (21) additional days in which to respond to Plaintiff's Third Amended Complaint.

IT IS HEREBY ORDERED AND ADJUDGED that St. Paul Fire & Marine Insurance Company shall have an additional twenty-one (21) days or until September 26, 2011 to file their Answer to Plaintiff's Request for Declaratory Judgment against St. Paul Fire & Marine Insurance Company.

SO ORDERED, this the 19th day of September, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

PREPARED BY:

Laurie R. Williams (MSB# 5675)
OF COUNSEL:
COPELAND, COOK, TAYLOR AND BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone No.:  (601) 856-7200
Facsimile No.:   (601) 856-7626