# EXHIBIT LIST

| | |
|---|---|
| Exhibit A | Excerpts of Will Rogers' Deposition, p. 30, 41-42, 45-46, 78, 83 |
| Exhibit B | Excerpt of Jeffrey Rogers' Deposition, p. 20-26, 32, 36-37, 47-48, 73 |
| Exhibit C | Excerpt from Brandon Vance's Deposition, p. 19-23, 25, 28-30, 35-41, 51-56, 63-64, 70-71, 73-92, 94-95, 104-108, 110-116 |
| Exhibit D | Mr. Burwell's Expert Designation |
| Exhibit E | Cox Report to the F.B.I. |
| Exhibit F | Barnes Report to the F.B.I. |
| Exhibit G | Report of Pannell Tasering |
| Exhibit H | Taser data |
| Exhibit I | Photographs of Plaintiff's injuries |