FD-302 (Rev. 10-6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/08/2008

    ANGIE POLLY COX, Date of Birth April 11, 1966, Social Security Account Number 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, address 608 Bankhead Street, Apartment A, New Albany, Mississippi, 38652 telephone number 662-538-5853, was contacted at her residence by FEDERAL BUREAU OF INVESTIGATION Special Agent (SA) WALTER GLENN HENRY and UNITED STATES DEPARTMENT OF JUSTICE Civil Rights Trial Attorney (CRTA) Attorney MICHAEL J. FRANK. After being advised of the official identities of the SA Henry and CRTA FRANK, COX provided the following information:

    Additional contact information for COX is 105 Glendale Drive, Ripley, Mississippi and 605 Baker Street, New Albany, Mississippi, telephone numbers 662-539-0468 (mother) and 662-837-3312 and 662-837-3378 (friend HELEN DIXON).

    COX recalls being shot with a taser at the TIPPAH COUNTY JAIL (TCJ) by TIPPAH COUNTY SHERIFF'S OFFICE (TCSO) Deputy WILLIAM ROGERS. COX did not recall the exact date, but was taken into custody at approximately 7:00 p.m. by RIPLEY POLICE DEPARTMENT (RPD) Officer TIMOTHY GAILLARD. COX left the home of HELEN DIXON, 618 North B Drive, Ripley, Mississippi, enroute to her home, 605 Glendale Drive, Ripley, MS. She cut through the yard of her friend ISAIAH SIMMONS. COX was detained by GAILLARD who claimed that SIMMONS contacted the police and reported that COX was trespassing on his property and causing a disturbance. The officer also accused COX of being intoxicated. COX advised that none of the above was true and Ms. DIXON could verify that she was not intoxicated. Also, SIMMONS is her friend and never called the police on her before. COX believe the officer used SIMMONS as an excuse to detain her. COX advised that she had a previous problem with drug and alcohol abuse. She is bi-polar and suffers from depression. COX is currently prescribed Meloxicam 15mg, Trazodone 100 mg, and Divalproex EC 500 mg. Due to her above-listed problems, she had previous run-ins with the police and since that time has been a target of the local police in Tippah County.

    GAILLARD took COX into custody without incident and transported her to the TCJ. During the transport, GAILLARD started talking trash, stating to COX something to the effect, "I never liked you because you are always causing trouble. You like to challenge officers, why don't you try me." COX felt that the officer was trying to provoke her. Once at the jail, COX was booked and fingerprinted

Investigation on  10/08/2008  at  New Albany, Mississippi

File # 282A-JN-32408  Date dictated

by SA WALTER GLENN HENRY:wgh:hal



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

282A-JN-32408

Continuation of FD-302 of ___ANGIE COX_____, On _10/08/2008_, Page __2__

without incident by TCJ Administrator SHARON KUBISH. GAILLARD continued to try to provoke COX and when KUBISH left the area, GAILLARD started to rough up COX. When KUBISH returned to the area, GAILLARD falsely claimed that COX tried to spit on him. GAILLARD and a TCJ female employee named HEATHER last name unknown, transported COX to the cell block area of the jail. While walking to the cell block, COX repeatedly asked if she could make a telephone call so she can arrange for someone to bail her out of jail. Once at the cell, COX was again left alone with GAILLARD and he roughed her up a second time. When the jailer returned, GAILLARD claimed that COX was resisting and not being compliant. GAILLARD subsequently left the jail. COX later informed TCJ employee LISA SMALL what had occurred with GAILLARD. COX is aware that the TCJ video records what occurs in the jail's booking area. SMALL attempted to locate the booking area videotape with negative results.

COX advised that she was alone in the women's cell block area with Jailer HEATHER (LAST NAME UNKNOWN)(LNU). COX repeatedly asked HEATHER about making a telephone call. HEATHER replied that COX would have to wait a minimum of four hours. After several hours had past, COX started to ask again about being able to make a telephone call. COX banged on the cell door and was yelling for the jail staff. COX overheard someone over the intercom state something about COX trying to commit suicide and to place her in the isolation cell, or the "Hole." [COX noted that although she suffers from depression, she was not suicidal and has never attempted suicide.] COX was striped naked and placed in the "Hole." After being placed in the "Hole," COX continued to bang on the cell door and ask HEATHER if she could make a telephone call. [Suddenly, the cell door opened, and COX was shot in the stomach with a taser by ROGERS. COX fell to the ground and ROGERS stated, "I'll shoot you over and over again if you don't stop." COX was in jail for two days before she being released.]

COX had another encounter with ROGERS. COX was staying with Ms. PATE when ROGERS came to her residence claiming that he had a warrant for COX. Ms. PATE did not believe him and stated that she was not going to allow him in her house unless he showed her a warrant. Eventually ROGERS left. COX eventually moved from RIPLEY because she was constantly being targeted by the local police. COX stated that she lives a more peaceful existence since moving from Ripley.

1143