


*Jeff Rogers*

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-189501 | Name | Jay Drinkwater |
| Model # | X26 | Dept | NATR |
| X26 Software Version | 15 | Rank | US Park Ranger |
| Dataport CD Version | 16.0 | Windows Version | Microsoft® Windows NT(TM) Service Pack 2 |
| Record Date Range | All Data | Report Generated | 06/19/07 09:45:48 (local) |
| Computer Time Zone | Central Standard Time | | |
| Using Daylight Savings Time | No | | |
| X26 Warranty Date | 04/07/07 State: Expired | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 03/24/06 22:36:24 | 03/24/06 17:36:24 | Old Time | | |
| 0002 | 03/24/06 22:36:24 | 03/24/06 17:36:24 | New Time | | |
| 0003 | 03/24/06 22:37:19 | 03/24/06 17:37:19 | 5 | 27 | 99 |
| 0004 | 03/24/06 22:37:26 | 03/24/06 17:37:26 | 5 | 28 | 99 |
| 0005 | 03/24/06 22:37:32 | 03/24/06 17:37:32 | 5 | 28 | 99 |
| 0006 | 04/12/06 14:15:37 | 04/12/06 09:15:37 | 2 | 28 | 98 |
| 0007 | 06/16/06 15:41:42 | 06/16/06 10:41:42 | 2 | 34 | 96 |
| 0008 | 06/16/06 15:41:50 | 06/16/06 10:41:50 | 2 | 35 | 96 |
| 0009 | 07/19/06 14:03:26 | 07/19/06 09:03:26 | 2 | 28 | 96 |
| 0010 | 08/16/06 18:05:35 | 08/16/06 13:05:35 | 2 | 25 | 99 |
| 0011 | 09/04/06 16:27:31 | 09/04/06 11:27:31 | 2 | 31 | 98 |
| 0012 | 09/04/06 16:27:35 | 09/04/06 11:27:35 | 3 | 31 | 98 |
| 0013 | 10/18/06 19:20:52 | 10/18/06 14:20:52 | 1 | 27 | 98 |



EXHIBIT
3
JR

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|------|-----------------------|-----------------------|----------|------|---------|
| 0014 | 10/18/06 19:32:27 | 10/18/06 14:32:27 | 1 | 29 | 98 |
| 0015 | 10/18/06 19:34:43 | 10/18/06 14:34:43 | 1 | 30 | 98 |
| 0016 | 10/18/06 19:50:19 | 10/18/06 14:50:19 | 2 | 32 | 97 |
| 0017 | 10/18/06 21:04:31 | 10/18/06 16:04:31 | 2 | 24 | 97 |
| 0018 | 10/25/06 16:12:09 | 10/25/06 11:12:09 | 3 | 22 | 97 |
| 0019 | 10/25/06 16:12:52 | 10/25/06 11:12:52 | 1 | 21 | 97 |
| 0020 | 10/25/06 16:12:53 | 10/25/06 11:12:53 | 1 | 22 | 97 |
| 0021 | 10/25/06 16:12:55 | 10/25/06 11:12:55 | 1 | 22 | 97 |
| 0022 | 10/25/06 16:12:57 | 10/25/06 11:12:57 | 1 | 22 | 97 |
| 0023 | 10/25/06 16:13:31 | 10/25/06 11:13:31 | 1 | 22 | 97 |
| 0024 | 10/25/06 16:13:41 | 10/25/06 11:13:41 | 1 | 23 | 96 |
| 0025 | 10/25/06 16:13:47 | 10/25/06 11:13:47 | 1 | 23 | 96 |
| 0026 | 10/25/06 16:15:25 | 10/25/06 11:15:25 | 1 | 23 | 96 |
| 0027 | 11/01/06 16:50:05 | 11/01/06 11:50:05 | 1 | 25 | 96 |
| 0028 | 11/04/06 15:31:10 | 11/04/06 10:31:10 | 1 | 27 | 96 |
| 0029 | 11/04/06 22:46:03 | 11/04/06 17:46:03 | 1 | 24 | 96 |
| 0030 | 11/04/06 22:57:00 | 11/04/06 17:57:00 | 1 | 25 | 96 |
| 0031 | 11/05/06 06:25:02 | 11/05/06 01:25:02 | 1 | 24 | 96 |
| 0032 | 11/05/06 16:11:14 | 11/05/06 10:11:14 | 1 | 31 | 96 |
| 0033 | 11/05/06 16:11:58 | 11/05/06 10:11:58 | 5 | 32 | 96 |
| 0034 | 11/05/06 16:12:11 | 11/05/06 10:12:11 | 5 | 32 | 95 |
| 0035 | 11/05/06 16:12:35 | 11/05/06 10:12:35 | 2 | 32 | 95 |
| 0036 | 11/05/06 16:19:58 | 11/05/06 10:19:58 | 1 | 30 | 95 |
| 0037 | 11/05/06 16:20:03 | 11/05/06 10:20:03 | 1 | 31 | 95 |
| 0038 | 11/05/06 21:06:30 | 11/05/06 15:06:30 | 1 | 29 | 94 |
| 0039 | 11/05/06 21:06:32 | 11/05/06 15:06:32 | 1 | 28 | 94 |
| 0040 | 11/05/06 21:06:57 | 11/05/06 15:06:57 | 1 | 30 | 94 |
| 0041 | 11/10/06 23:32:01 | 11/10/06 17:32:01 | 1 | 26 | 94 |
| 0042 | 11/11/06 13:39:15 | 11/11/06 07:39:15 | 1 | 27 | 94 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|-----------|----------|------|---------|
| 0043 | 11/11/06 19:10:50 | 11/11/06 13:10:50 | 1 | 25 | 94 |
| 0044 | 11/11/06 19:11:10 | 11/11/06 13:11:10 | 2 | 25 | 94 |
| 0045 | 11/11/06 21:20:05 | 11/11/06 15:20:05 | 1 | 23 | 94 |
| 0046 | 11/11/06 21:20:10 | 11/11/06 15:20:10 | 2 | 22 | 94 |
| 0047 | 11/11/06 21:20:15 | 11/11/06 15:20:15 | 3 | 23 | 94 |
| 0048 | 11/11/06 21:20:23 | 11/11/06 15:20:23 | 2 | 23 | 93 |
| 0049 | 11/11/06 21:20:35 | 11/11/06 15:20:35 | 1 | 23 | 93 |
| 0050 | 11/11/06 21:20:37 | 11/11/06 15:20:37 | 1 | 23 | 93 |
| 0051 | 11/11/06 21:20:38 | 11/11/06 15:20:38 | 1 | 23 | 93 |
| 0052 | 11/11/06 21:20:39 | 11/11/06 15:20:39 | 1 | 23 | 93 |
| 0053 | 11/12/06 20:49:31 | 11/12/06 14:49:31 | 1 | 27 | 93 |
| 0054 | 11/12/06 20:49:42 | 11/12/06 14:49:42 | 1 | 28 | 93 |
| 0055 | 11/12/06 20:49:46 | 11/12/06 14:49:46 | 2 | 28 | 93 |
| 0056 | 11/12/06 20:49:48 | 11/12/06 14:49:48 | 1 | 28 | 93 |
| 0057 | 11/12/06 20:49:53 | 11/12/06 14:49:53 | 2 | 28 | 93 |
| 0058 | 11/17/06 16:44:21 | 11/17/06 10:44:21 | 1 | 23 | 93 |
| 0059 | 11/18/06 13:17:33 | 11/18/06 07:17:33 | 1 | 23 | 92 |
| 0060 | 11/18/06 16:13:29 | 11/18/06 10:13:29 | 1 | 30 | 92 |
| 0061 | 11/18/06 16:13:31 | 11/18/06 10:13:31 | 1 | 30 | 92 |
| 0062 | 11/18/06 16:13:47 | 11/18/06 10:13:47 | 2 | 30 | 92 |
| 0063 | 11/18/06 16:13:50 | 11/18/06 10:13:50 | 1 | 30 | 92 |
| 0064 | 11/18/06 17:25:21 | 11/18/06 11:25:21 | 1 | 23 | 92 |
| 0065 | 11/18/06 17:55:20 | 11/18/06 11:55:20 | 1 | 24 | 92 |
| 0066 | 11/18/06 17:55:35 | 11/18/06 11:55:35 | 2 | 25 | 92 |
| 0067 | 11/18/06 18:48:20 | 11/18/06 12:48:20 | 1 | 26 | 92 |
| 0068 | 11/18/06 19:45:56 | 11/18/06 13:45:56 | 1 | 26 | 92 |
| 0069 | 11/19/06 16:04:30 | 11/19/06 10:04:30 | 1 | 25 | 91 |
| 0070 | 11/19/06 16:04:45 | 11/19/06 10:04:45 | 5 | 26 | 91 |
| 0071 | 11/19/06 21:50:24 | 11/19/06 15:50:24 | 5 | 30 | 91 |

about:blank

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|------|-------------------|-------------------|----------|------|---------|
| 0072 | 11/25/06 23:55:40 | 11/25/06 17:55:40 | 1 | 26 | 91 |
| 0073 | 12/01/06 22:54:18 | 12/01/06 16:54:18 | 1 | 28 | 90 |
| 0074 | 12/01/06 23:40:10 | 12/01/06 17:40:10 | 2 | 26 | 90 |
| 0075 | 12/01/06 23:40:14 | 12/01/06 17:40:14 | 2 | 26 | 90 |
| 0076 | 12/01/06 23:48:22 | 12/01/06 17:48:22 | 1 | 23 | 90 |
| 0077 | 12/01/06 23:48:23 | 12/01/06 17:48:23 | 1 | 23 | 90 |
| 0078 | 12/01/06 23:48:29 | 12/01/06 17:48:29 | 5 | 23 | 90 |
| 0079 | 12/02/06 01:27:42 | 12/01/06 19:27:42 | 1 | 26 | 90 |
| 0080 | 12/02/06 01:30:35 | 12/01/06 19:30:35 | 1 | 27 | 90 |
| 0081 | 12/02/06 01:38:52 | 12/01/06 19:38:52 | 1 | 29 | 89 |
| 0082 | 12/02/06 01:39:30 | 12/01/06 19:39:30 | 5 | 29 | 89 |
| 0083 | 12/02/06 01:55:49 | 12/01/06 19:55:49 | 2 | 27 | 89 |
| 0084 | 12/02/06 02:16:13 | 12/01/06 20:16:13 | 2 | 29 | 89 |
| 0085 | 12/02/06 02:29:26 | 12/01/06 20:29:26 | 1 | 28 | 89 |
| 0086 | 12/02/06 03:43:21 | 12/01/06 21:43:21 | 2 | 30 | 89 |
| 0087 | 12/02/06 09:44:06 | 12/02/06 03:44:06 | 1 | 29 | 89 |
| 0088 | 12/02/06 09:47:32 | 12/02/06 03:47:32 | 2 | 30 | 88 |
| 0089 | 12/02/06 14:07:54 | 12/02/06 08:07:54 | 1 | 23 | 88 |
| 0090 | 12/03/06 01:15:10 | 12/02/06 19:15:10 | 5 | 29 | 88 |
| 0091 | 12/03/06 01:15:15 | 12/02/06 19:15:15 | 3 | 29 | 88 |
| 0092 | 12/03/06 01:15:28 | 12/02/06 19:15:28 | 5 | 30 | 88 |
| 0093 | 12/03/06 01:29:49 | 12/02/06 19:29:49 | 1 | 28 | 87 |
| 0094 | 12/03/06 01:40:04 | 12/02/06 19:40:04 | 1 | 28 | 87 |
| 0095 | 12/03/06 01:40:13 | 12/02/06 19:40:13 | 2 | 29 | 87 |
| 0096 | 12/03/06 02:11:44 | 12/02/06 20:11:44 | 5 | 30 | 87 |
| 0097 | 12/03/06 02:11:48 | 12/02/06 20:11:48 | 2 | 30 | 87 |
| 0098 | 12/03/06 02:54:32 | 12/02/06 20:54:32 | 1 | 32 | 87 |
| 0099 | 12/08/06 20:44:12 | 12/08/06 14:44:12 | 1 | 27 | 87 |
| 0100 | 12/08/06 23:41:54 | 12/08/06 17:41:54 | 1 | 23 | 86 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0101 | 12/10/06 00:13:33 | 12/09/06 18:13:33 | 1 | 24 | 86 |
| 0102 | 12/12/06 21:36:19 | 12/12/06 15:36:19 | 1 | 25 | 86 |
| 0103 | 12/12/06 21:37:32 | 12/12/06 15:37:32 | 1 | 25 | 86 |
| 0104 | 12/12/06 21:39:49 | 12/12/06 15:39:49 | 1 | 25 | 86 |
| 0105 | 12/24/06 04:45:24 | 12/23/06 22:45:24 | 1 | 26 | 86 |
| 0106 | 12/24/06 07:28:40 | 12/24/06 01:28:40 | 1 | 21 | 86 |
| 0107 | 01/06/07 04:06:06 | 01/05/07 22:06:06 | 1 | 15 | 85 |
| 0108 | 01/06/07 08:27:17 | 01/06/07 02:27:17 | 2 | 22 | 85 |
| 0109 | 01/07/07 08:53:48 | 01/07/07 02:53:48 | 1 | 21 | 99 |
| 0110 | 01/12/07 11:43:26 | 01/12/07 05:43:26 | 1 | 25 | 99 |
| 0111 | 01/13/07 01:24:25 | 01/12/07 19:24:25 | 1 | 26 | 99 |
| 0112 | 01/14/07 00:43:09 | 01/13/07 18:43:09 | 1 | 29 | 25 |
| 0113 | 01/21/07 01:50:46 | 01/20/07 19:50:46 | 1 | 27 | 25 |
| 0114 | 01/26/07 15:13:37 | 01/26/07 09:13:37 | 2 | 24 | 24 |
| 0115 | 01/26/07 15:14:07 | 01/26/07 09:14:07 | 3 | 25 | 24 |
| 0116 | 01/28/07 02:29:06 | 01/27/07 20:29:06 | 1 | 27 | 24 |
| 0117 | 01/28/07 02:38:31 | 01/27/07 20:38:31 | 1 | 27 | 24 |
| 0118 | 01/31/07 15:21:16 | 01/31/07 09:21:16 | 5 | 24 | 24 |
| 0119 | 02/03/07 01:41:52 | 02/02/07 19:41:52 | 1 | 25 | 74 |
| 0120 | 02/04/07 04:08:42 | 02/03/07 22:08:42 | 1 | 23 | 73 |
| 0121 | 02/10/07 14:06:54 | 02/10/07 08:06:54 | 1 | 28 | 73 |
| 0122 | 02/10/07 17:29:08 | 02/10/07 11:29:08 | 1 | 30 | 73 |
| 0123 | 02/10/07 20:37:33 | 02/10/07 14:37:33 | 1 | 29 | 73 |
| 0124 | 02/10/07 23:47:08 | 02/10/07 17:47:08 | 4 | 28 | 73 |
| 0125 | 02/12/07 22:43:53 | 02/12/07 16:43:53 | 1 | 26 | 73 |
| 0126 | 02/16/07 22:09:52 | 02/16/07 16:09:52 | 2 | 27 | 73 |
| 0127 | 02/16/07 22:09:53 | 02/16/07 16:09:53 | 1 | 27 | 73 |
| 0128 | 02/16/07 22:09:54 | 02/16/07 16:09:54 | 1 | 27 | 73 |
| 0129 | 02/16/07 22:09:57 | 02/16/07 16:09:57 | 1 | 27 | 72 |

about:blank

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|------|------------------|------------------|----------|------|---------|
| 0130 | 02/16/07 22:10:04 | 02/16/07 16:10:04 | 1 | 27 | 72 |
| 0131 | 02/17/07 02:25:14 | 02/16/07 20:25:14 | 1 | 27 | 72 |
| 0132 | 02/17/07 02:25:36 | 02/16/07 20:25:36 | 2 | 27 | 72 |
| 0133 | 02/18/07 00:13:04 | 02/17/07 18:13:04 | 1 | 21 | 72 |
| 0134 | 02/18/07 10:05:05 | 02/18/07 04:05:05 | 2 | 25 | 72 |
| 0135 | 02/18/07 10:39:57 | 02/18/07 04:39:57 | 1 | 26 | 72 |
| 0136 | 02/18/07 10:40:05 | 02/18/07 04:40:05 | 1 | 27 | 72 |
| 0137 | 02/18/07 10:40:16 | 02/18/07 04:40:16 | 1 | 27 | 72 |
| 0138 | 02/18/07 10:40:18 | 02/18/07 04:40:18 | 1 | 27 | 72 |
| 0139 | 02/26/07 17:47:04 | 02/26/07 11:47:04 | 1 | 36 | 71 |
| 0140 | 02/26/07 18:31:27 | 02/26/07 12:31:27 | 1 | 34 | 71 |
| 0141 | 03/10/07 21:50:54 | 03/10/07 15:50:54 | 1 | 26 | 71 |
| 0142 | 03/28/07 20:58:16 | 03/28/07 15:58:16 | 1 | 26 | 71 |
| 0143 | 04/08/07 02:14:33 | 04/07/07 21:14:33 | 1 | 25 | 70 |
| 0144 | 04/08/07 02:14:35 | 04/07/07 21:14:35 | 1 | 25 | 70 |
| 0145 | 04/08/07 02:14:36 | 04/07/07 21:14:36 | 1 | 25 | 70 |
| 0146 | 04/08/07 02:14:37 | 04/07/07 21:14:37 | 1 | 25 | 70 |
| 0147 | 04/08/07 02:14:40 | 04/07/07 21:14:40 | 1 | 25 | 70 |
| 0148 | 04/08/07 02:14:42 | 04/07/07 21:14:42 | 2 | 25 | 70 |
| 0149 | 04/08/07 02:14:49 | 04/07/07 21:14:49 | 1 | 26 | 70 |
| 0150 | 04/08/07 02:14:51 | 04/07/07 21:14:51 | 1 | 26 | 70 |
| 0151 | 04/08/07 02:17:19 | 04/07/07 21:17:19 | 1 | 27 | 70 |
| 0152 | 04/08/07 02:17:26 | 04/07/07 21:17:26 | 1 | 27 | 70 |
| 0153 | 04/08/07 02:17:40 | 04/07/07 21:17:40 | 1 | 27 | 70 |
| 0154 | 04/08/07 02:17:42 | 04/07/07 21:17:42 | 1 | 27 | 70 |
| 0155 | 04/08/07 03:49:20 | 04/07/07 22:49:20 | 1 | 23 | 69 |
| 0156 | 04/08/07 03:49:23 | 04/07/07 22:49:23 | 1 | 23 | 69 |
| 0157 | 04/08/07 03:49:26 | 04/07/07 22:49:26 | 1 | 23 | 69 |
| 0158 | 04/08/07 03:50:11 | 04/07/07 22:50:11 | 1 | 24 | 69 |

about:blank

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0159 | 04/08/07 03:50:13 | 04/07/07 22:50:13 | 2 | 25 | 69 |
| 0160 | 04/14/07 03:26:35 | 04/13/07 22:26:35 | 1 | 22 | 69 |
| 0161 | 04/14/07 03:52:28 | 04/13/07 22:52:28 | 1 | 22 | 69 |
| 0162 | 04/15/07 17:08:20 | 04/15/07 12:08:20 | 1 | 30 | 69 |
| 0163 | 04/15/07 17:08:37 | 04/15/07 12:08:37 | 1 | 30 | 69 |
| 0164 | 04/15/07 17:11:55 | 04/15/07 12:11:55 | 1 | 31 | 69 |
| 0165 | 04/15/07 17:11:59 | 04/15/07 12:11:59 | 1 | 31 | 69 |
| 0166 | 04/15/07 17:12:02 | 04/15/07 12:12:02 | 1 | 31 | 69 |
| 0167 | 04/15/07 17:28:03 | 04/15/07 12:28:03 | 1 | 31 | 68 |
| 0168 | 04/15/07 17:28:08 | 04/15/07 12:28:08 | 1 | 30 | 68 |
| 0169 | 04/15/07 17:28:13 | 04/15/07 12:28:13 | 1 | 31 | 68 |
| 0170 | 04/15/07 19:35:35 | 04/15/07 14:35:35 | 5 | 27 | 68 |
| 0171 | 04/15/07 19:35:46 | 04/15/07 14:35:46 | 2 | 27 | 68 |
| 0172 | 04/16/07 17:54:56 | 04/16/07 12:54:56 | 2 | 24 | 68 |
| 0173 | 04/16/07 18:26:53 | 04/16/07 13:26:53 | 5 | 27 | 67 |
| 0174 | 04/16/07 18:27:52 | 04/16/07 13:27:52 | 3 | 27 | 67 |
| 0175 | 04/22/07 01:12:19 | 04/21/07 20:12:19 | 3 | 29 | 67 |
| 0176 | 04/22/07 01:12:25 | 04/21/07 20:12:25 | 1 | 29 | 67 |
| 0177 | 04/27/07 23:34:41 | 04/27/07 18:34:41 | 1 | 27 | 67 |
| 0178 | 04/29/07 22:49:26 | 04/29/07 17:49:26 | 1 | 30 | 67 |
| 0179 | 05/05/07 00:13:46 | 05/04/07 19:13:46 | 2 | 26 | 66 |
| 0180 | 05/05/07 00:13:54 | 05/04/07 19:13:54 | 3 | 27 | 66 |
| 0181 | 05/06/07 15:40:45 | 05/06/07 10:40:45 | 1 | 29 | 66 |
| 0182 | 05/06/07 19:44:01 | 05/06/07 14:44:01 | 1 | 28 | 66 |
| 0183 | 05/06/07 19:44:12 | 05/06/07 14:44:12 | 3 | 29 | 66 |
| 0184 | 05/06/07 19:44:36 | 05/06/07 14:44:36 | 1 | 29 | 66 |
| 0185 | 05/06/07 19:46:42 | 05/06/07 14:46:42 | 1 | 30 | 66 |
| 0186 | 05/19/07 18:03:49 | 05/19/07 13:03:49 | 1 | 30 | 66 |
| 0187 | 05/19/07 23:20:28 | 05/19/07 18:20:28 | 1 | 29 | 65 |

about:blank

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|------------|----------|------|---------|
| 0188 | 05/20/07 00:33:24 | 05/19/07 19:33:24 | 1 | 27 | 65 |
| 0189 | 05/26/07 00:22:05 | 05/25/07 19:22:05 | 1 | 23 | 65 |
| 0190 | 05/26/07 00:23:15 | 05/25/07 19:23:15 | 1 | 23 | 65 |
| 0191 | 05/26/07 01:43:50 | 05/25/07 20:43:50 | 1 | 29 | 99 |
| 0192 | 05/26/07 05:14:14 | 05/26/07 00:14:14 | 1 | 26 | 99 |
| 0193 | 05/26/07 05:16:45 | 05/26/07 00:16:45 | 5 | 27 | 99 |
| 0194 | 05/26/07 23:24:35 | 05/26/07 18:24:35 | 1 | 21 | 98 |
| 0195 | 05/27/07 01:36:07 | 05/26/07 20:36:07 | 1 | 26 | 98 |
| 0196 | 05/27/07 18:41:26 | 05/27/07 13:41:26 | 1 | 30 | 98 |
| 0197 | 05/28/07 19:38:58 | 05/28/07 14:38:58 | 1 | 28 | 98 |
| 0198 | 05/30/07 13:24:08 | 05/30/07 08:24:08 | 5 | 27 | 98 |
| 0199 | 05/30/07 13:24:49 | 05/30/07 08:24:49 | 3 | 28 | 97 |
| 0200 | 05/30/07 13:25:17 | 05/30/07 08:25:17 | 5 | 29 | 97 |
| 0201 | 05/30/07 13:28:33 | 05/30/07 08:28:33 | 5 | 30 | 97 |
| 0202 | 05/30/07 13:33:00 | 05/30/07 08:33:00 | 5 | 32 | 96 |
| 0203 | 06/02/07 12:30:57 | 06/02/07 07:30:57 | 1 | 26 | 96 |
| 0204 | 06/07/07 14:30:26 | 06/07/07 09:30:26 | 1 | 27 | 96 |
| 0205 | 06/07/07 16:19:40 | 06/07/07 11:19:40 | 1 | 29 | 96 |
| 0206 | 06/08/07 02:30:37 | 06/07/07 21:30:37 | 1 | 26 | 95 |
| 0207 | 06/09/07 00:50:45 | 06/08/07 19:50:45 | 1 | 29 | 95 |
| 0208 | 06/09/07 00:50:46 | 06/08/07 19:50:46 | 1 | 29 | 95 |
| 0209 | 06/09/07 00:50:47 | 06/08/07 19:50:47 | 1 | 29 | 95 |
| 0210 | 06/09/07 00:50:48 | 06/08/07 19:50:48 | 1 | 30 | 95 |
| 0211 | 06/09/07 00:50:49 | 06/08/07 19:50:49 | 1 | 30 | 95 |
| 0212 | 06/09/07 00:50:50 | 06/08/07 19:50:50 | 1 | 30 | 95 |
| 0213 | 06/09/07 00:50:51 | 06/08/07 19:50:51 | 1 | 30 | 95 |
| 0214 | 06/09/07 00:50:52 | 06/08/07 19:50:52 | 1 | 30 | 95 |
| 0215 | 06/09/07 00:50:55 | 06/08/07 19:50:55 | 1 | 30 | 95 |
| 0216 | 06/09/07 05:21:53 | 06/09/07 00:21:53 | 1 | 32 | 95 |

about:blank

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|------|-------------------|-------------------|----------|------|---------|
| 0217 | 06/09/07 07:10:21 | 06/09/07 02:10:21 | 1 | 27 | 95 |
| 0218 | 06/09/07 22:33:50 | 06/09/07 17:33:50 | 1 | 32 | 94 |
| 0219 | 06/09/07 23:58:17 | 06/09/07 18:58:17 | 17 | 31 | 94 |
| 0220 | 06/09/07 23:58:53 | 06/09/07 18:58:53 | 5 | 31 | 93 |
| 0221 | 06/14/07 20:13:07 | 06/14/07 15:13:07 | 5 | 27 | 93 |

End of Report.

about:blank

*Spme*

*D4n∂n  ξ΅*



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-189501 | Name | *Will Rogers* |
| Model # | X26 | Dept | *Tippah* |
| X26 Software Version | 15 | Rank | *SSG* |
| Dataport CD Version | 16.0 | Windows Version | *Microsoft® Windows NT(TM) Service Pack 2* |
| Record Date Range | All Data | Report Generated | *08/14/07 17:58:20 (local)* |
| Computer Time Zone | Central Standard Time | | |
| Using Daylight Savings Time | Yes | | |
| X26 Warranty Date | 04/07/07 State: Active | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 07/16/01 17:20:24 | 07/16/01 12:20:24 | 233 | 116 | 116 |
| 0002 | 08/04/07 17:38:50 | 08/04/07 12:38:50 | 1 | 32 | 91 |
| 0003 | 08/04/07 18:43:52 | 08/04/07 13:43:52 | 1 | 33 | 91 |
| 0004 | 08/05/07 12:31:59 | 08/05/07 07:31:59 | 2 | 25 | 92 |
| 0005 | 08/05/07 18:06:15 | 08/05/07 13:06:15 | 1 | 32 | 92 |
| 0006 | 08/05/07 21:04:43 | 08/05/07 16:04:43 | 1 | 32 | 92 |
| 0007 | 08/05/07 22:49:52 | 08/05/07 17:49:52 | 1 | 33 | 91 |
| 0008 | 08/10/07 15:41:26 | 08/10/07 10:41:26 | 1 | 26 | 91 |
| 0009 | 08/10/07 16:09:00 | 08/10/07 11:09:00 | 1 | 33 | 99 |
| 0010 | 08/11/07 17:50:27 | 08/11/07 12:50:27 | 1 | 34 | 91 |
| 0011 | 08/11/07 20:31:41 | 08/11/07 15:31:41 | 1 | 30 | 91 |
| 0012 | 08/14/07 15:10:01 | 08/14/07 10:10:01 | 1 | 26 | 91 |
| 0013 | 08/14/07 15:12:56 | 08/14/07 10:12:56 | 3 | 30 | 91 |
| 0014 | 08/14/07 15:13:04 | 08/14/07 10:13:04 | 5 | 30 | 90 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0015 | 08/14/07 15:13:15 | 08/14/07 10:13:15 | 5 | 31 | 90 |

Drain 2"

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0016 | 08/14/07 15:13:30 | 08/14/07 10:13:30 | 5 | 31 | 90 |
| 0017 | 10/18/06 21:04:31 | 10/18/06 16:04:31 | 2 | 24 | 97 |
| 0018 | 10/25/06 16:12:09 | 10/25/06 11:12:09 | 3 | 22 | 97 |
| 0019 | 10/25/06 16:12:52 | 10/25/06 11:12:52 | 1 | 21 | 97 |
| 0020 | 10/25/06 16:12:53 | 10/25/06 11:12:53 | 1 | 22 | 97 |
| 0021 | 10/25/06 16:12:55 | 10/25/06 11:12:55 | 1 | 22 | 97 |
| 0022 | 10/25/06 16:12:57 | 10/25/06 11:12:57 | 1 | 22 | 97 |
| 0023 | 10/25/06 16:13:31 | 10/25/06 11:13:31 | 1 | 22 | 97 |
| 0024 | 10/25/06 16:13:41 | 10/25/06 11:13:41 | 1 | 23 | 96 |
| 0025 | 10/25/06 16:13:47 | 10/25/06 11:13:47 | 1 | 23 | 96 |
| 0026 | 10/25/06 16:15:25 | 10/25/06 11:15:25 | 1 | 23 | 96 |
| 0027 | 11/01/06 16:50:05 | 11/01/06 11:50:05 | 1 | 25 | 96 |
| 0028 | 11/04/06 15:31:10 | 11/04/06 10:31:10 | 1 | 27 | 96 |
| 0029 | 11/04/06 22:46:03 | 11/04/06 17:46:03 | 1 | 24 | 96 |
| 0030 | 11/04/06 22:57:00 | 11/04/06 17:57:00 | 1 | 25 | 96 |
| 0031 | 11/05/06 06:25:02 | 11/05/06 01:25:02 | 1 | 24 | 96 |
| 0032 | 11/05/06 16:11:14 | 11/05/06 10:11:14 | 1 | 31 | 96 |
| 0033 | 11/05/06 16:11:58 | 11/05/06 10:11:58 | 5 | 32 | 96 |
| 0034 | 11/05/06 16:12:11 | 11/05/06 10:12:11 | 5 | 32 | 95 |
| 0035 | 11/05/06 16:12:35 | 11/05/06 10:12:35 | 2 | 32 | 95 |
| 0036 | 11/05/06 16:19:58 | 11/05/06 10:19:58 | 1 | 30 | 95 |
| 0037 | 11/05/06 16:20:03 | 11/05/06 10:20:03 | 1 | 31 | 95 |
| 0038 | 11/05/06 21:06:30 | 11/05/06 15:06:30 | 1 | 29 | 94 |
| 0039 | 11/05/06 21:06:32 | 11/05/06 15:06:32 | 1 | 28 | 94 |
| 0040 | 11/05/06 21:06:57 | 11/05/06 15:06:57 | 1 | 30 | 94 |
| 0041 | 11/10/06 23:32:01 | 11/10/06 17:32:01 | 1 | 26 | 94 |
| 0042 | 11/11/06 13:39:15 | 11/11/06 07:39:15 | 1 | 27 | 94 |
| 0043 | 11/11/06 19:10:50 | 11/11/06 13:10:50 | 1 | 25 | 94 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0044 | 11/11/06 19:11:10 | 11/11/06 13:11:10 | 2 | 25 | 94 |
| 0045 | 11/11/06 21:20:05 | 11/11/06 15:20:05 | 1 | 23 | 94 |
| 0046 | 11/11/06 21:20:10 | 11/11/06 15:20:10 | 2 | 22 | 94 |
| 0047 | 11/11/06 21:20:15 | 11/11/06 15:20:15 | 3 | 23 | 94 |

Buain 2"

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0048 | 11/11/06 21:20:23 | 11/11/06 15:20:23 | 2 | 23 | 93 |
| 0049 | 11/11/06 21:20:35 | 11/11/06 15:20:35 | 1 | 23 | 93 |
| 0050 | 11/11/06 21:20:37 | 11/11/06 15:20:37 | 1 | 23 | 93 |
| 0051 | 11/11/06 21:20:38 | 11/11/06 15:20:38 | 1 | 23 | 93 |
| 0052 | 11/11/06 21:20:39 | 11/11/06 15:20:39 | 1 | 23 | 93 |
| 0053 | 11/12/06 20:49:31 | 11/12/06 14:49:31 | 1 | 27 | 93 |
| 0054 | 11/12/06 20:49:42 | 11/12/06 14:49:42 | 1 | 28 | 93 |
| 0055 | 11/12/06 20:49:46 | 11/12/06 14:49:46 | 2 | 28 | 93 |
| 0056 | 11/12/06 20:49:48 | 11/12/06 14:49:48 | 1 | 28 | 93 |
| 0057 | 11/12/06 20:49:53 | 11/12/06 14:49:53 | 2 | 28 | 93 |
| 0058 | 11/17/06 16:44:21 | 11/17/06 10:44:21 | 1 | 23 | 93 |
| 0059 | 11/18/06 13:17:33 | 11/18/06 07:17:33 | 1 | 23 | 92 |
| 0060 | 11/18/06 16:13:29 | 11/18/06 10:13:29 | 1 | 30 | 92 |
| 0061 | 11/18/06 16:13:31 | 11/18/06 10:13:31 | 1 | 30 | 92 |
| 0062 | 11/18/06 16:13:47 | 11/18/06 10:13:47 | 2 | 30 | 92 |
| 0063 | 11/18/06 16:13:50 | 11/18/06 10:13:50 | 1 | 30 | 92 |
| 0064 | 11/18/06 17:25:21 | 11/18/06 11:25:21 | 1 | 23 | 92 |
| 0065 | 11/18/06 17:55:20 | 11/18/06 11:55:20 | 1 | 24 | 92 |
| 0066 | 11/18/06 17:55:35 | 11/18/06 11:55:35 | 2 | 25 | 92 |
| 0067 | 11/18/06 18:48:20 | 11/18/06 12:48:20 | 1 | 26 | 92 |
| 0068 | 11/18/06 19:45:56 | 11/18/06 13:45:56 | 1 | 26 | 92 |
| 0069 | 11/19/06 16:04:30 | 11/19/06 10:04:30 | 1 | 25 | 91 |
| 0070 | 11/19/06 16:04:45 | 11/19/06 10:04:45 | 5 | 26 | 91 |
| 0071 | 11/19/06 21:50:24 | 11/19/06 15:50:24 | 5 | 30 | 91 |
| 0072 | 11/25/06 23:55:40 | 11/25/06 17:55:40 | 1 | 26 | 91 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0073 | 12/01/06 22:54:18 | 12/01/06 16:54:18 | 1 | 28 | 90 |
| 0074 | 12/01/06 23:40:10 | 12/01/06 17:40:10 | 2 | 26 | 90 |
| 0075 | 12/01/06 23:40:14 | 12/01/06 17:40:14 | 2 | 26 | 90 |
| 0076 | 12/01/06 23:48:22 | 12/01/06 17:48:22 | 1 | 23 | 90 |
| 0077 | 12/01/06 23:48:23 | 12/01/06 17:48:23 | 1 | 23 | 90 |
| 0078 | 12/01/06 23:48:29 | 12/01/06 17:48:29 | 5 | 23 | 90 |
| 0079 | 12/02/06 01:27:42 | 12/01/06 19:27:42 | 1 | 26 | 90 |

Akron 2ⁿᵈ

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0080 | 12/02/06 01:30:35 | 12/01/06 19:30:35 | 1 | 27 | 90 |
| 0081 | 12/02/06 01:38:52 | 12/01/06 19:38:52 | 1 | 29 | 89 |
| 0082 | 12/02/06 01:39:50 | 12/01/06 19:39:30 | 5 | 29 | 89 |
| 0083 | 12/02/06 01:55:49 | 12/01/06 19:55:49 | 2 | 27 | 89 |
| 0084 | 12/02/06 02:16:13 | 12/01/06 20:16:13 | 2 | 29 | 89 |
| 0085 | 12/02/06 02:29:26 | 12/01/06 20:29:26 | 1 | 28 | 89 |
| 0086 | 12/02/06 03:43:21 | 12/01/06 21:43:21 | 2 | 30 | 89 |
| 0087 | 12/02/06 09:44:06 | 12/02/06 03:44:06 | 1 | 29 | 89 |
| 0088 | 12/02/06 09:47:32 | 12/02/06 03:47:32 | 2 | 30 | 88 |
| 0089 | 12/02/06 14:07:54 | 12/02/06 08:07:54 | 1 | 23 | 88 |
| 0090 | 12/03/06 01:15:10 | 12/02/06 19:15:10 | 5 | 29 | 88 |
| 0091 | 12/03/06 01:15:15 | 12/02/06 19:15:15 | 3 | 29 | 88 |
| 0092 | 12/03/06 01:15:28 | 12/02/06 19:15:28 | 5 | 30 | 88 |
| 0093 | 12/03/06 01:29:49 | 12/02/06 19:29:49 | 1 | 28 | 87 |
| 0094 | 12/03/06 01:40:04 | 12/02/06 19:40:04 | 1 | 28 | 87 |
| 0095 | 12/03/06 01:40:13 | 12/02/06 19:40:13 | 2 | 29 | 87 |
| 0096 | 12/03/06 02:11:44 | 12/02/06 20:11:44 | 5 | 30 | 87 |
| 0097 | 12/03/06 02:11:48 | 12/02/06 20:11:48 | 2 | 30 | 87 |
| 0098 | 12/03/06 02:54:32 | 12/02/06 20:54:32 | 1 | 32 | 87 |
| 0099 | 12/08/06 20:44:12 | 12/08/06 14:44:12 | 1 | 27 | 87 |
| 0100 | 12/08/06 23:41:54 | 12/08/06 17:41:54 | 1 | 23 | 86 |
| 0101 | 12/10/06 00:13:33 | 12/09/06 18:13:33 | 1 | 24 | 86 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0102 | 12/12/06 21:36:19 | 12/12/06 15:36:19 | 1 | 25 | 86 |
| 0103 | 12/12/06 21:37:32 | 12/12/06 15:37:32 | 1 | 25 | 86 |
| 0104 | 12/12/06 21:39:49 | 12/12/06 15:39:49 | 1 | 25 | 86 |
| 0105 | 12/24/06 04:45:24 | 12/23/06 22:45:24 | 1 | 26 | 86 |
| 0106 | 12/24/06 07:28:40 | 12/24/06 01:28:40 | 1 | 21 | 86 |
| 0107 | 01/06/07 04:06:06 | 01/05/07 22:06:06 | 1 | 15 | 85 |
| 0108 | 01/06/07 08:27:17 | 01/06/07 02:27:17 | 2 | 22 | 85 |
| 0109 | 01/07/07 08:53:48 | 01/07/07 02:53:48 | 1 | 21 | 99 |
| 0110 | 01/12/07 11:43:26 | 01/12/07 05:43:26 | 1 | 25 | 99 |
| 0111 | 01/13/07 01:24:25 | 01/12/07 19:24:25 | 1 | 26 | 99 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0112 | 01/14/07 00:43:09 | 01/13/07 18:43:09 | 1 | 29 | 25 |
| 0113 | 01/21/07 01:50:46 | 01/20/07 19:50:46 | 1 | 27 | 25 |
| 0114 | 01/26/07 15:13:37 | 01/26/07 09:13:37 | 2 | 24 | 24 |
| 0115 | 01/26/07 15:14:07 | 01/26/07 09:14:07 | 3 | 25 | 24 |
| 0116 | 01/28/07 02:29:06 | 01/27/07 20:29:06 | 1 | 27 | 24 |
| 0117 | 01/28/07 02:38:31 | 01/27/07 20:38:31 | 1 | 27 | 24 |
| 0118 | 01/31/07 15:21:16 | 01/31/07 09:21:16 | 5 | 24 | 24 |
| 0119 | 02/03/07 01:41:52 | 02/02/07 19:41:52 | 1 | 25 | 74 |
| 0120 | 02/04/07 04:08:42 | 02/03/07 22:08:42 | 1 | 23 | 73 |
| 0121 | 02/10/07 14:06:54 | 02/10/07 08:06:54 | 1 | 28 | 73 |
| 0122 | 02/10/07 17:29:08 | 02/10/07 11:29:08 | 1 | 30 | 73 |
| 0123 | 02/10/07 20:37:33 | 02/10/07 14:37:33 | 1 | 29 | 73 |
| 0124 | 02/10/07 23:47:08 | 02/10/07 17:47:08 | 4 | 28 | 73 |
| 0125 | 02/12/07 22:43:53 | 02/12/07 16:43:53 | 1 | 26 | 73 |
| 0126 | 02/16/07 22:09:52 | 02/16/07 16:09:52 | 2 | 27 | 73 |
| 0127 | 02/16/07 22:09:53 | 02/16/07 16:09:53 | 1 | 27 | 73 |
| 0128 | 02/16/07 22:09:54 | 02/16/07 16:09:54 | 1 | 27 | 73 |
| 0129 | 02/16/07 22:09:57 | 02/16/07 16:09:57 | 1 | 27 | 72 |
| 0130 | 02/16/07 22:10:04 | 02/16/07 16:10:04 | 1 | 27 | 72 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0131 | 02/17/07 02:25:14 | 02/16/07 20:25:14 | 1 | 27 | 72 |
| 0132 | 02/17/07 02:25:36 | 02/16/07 20:25:36 | 2 | 27 | 72 |
| 0133 | 02/18/07 00:13:04 | 02/17/07 18:13:04 | 1 | 21 | 72 |
| 0134 | 02/18/07 10:05:05 | 02/18/07 04:05:05 | 2 | 25 | 72 |
| 0135 | 02/18/07 10:39:57 | 02/18/07 04:39:57 | 1 | 26 | 72 |
| 0136 | 02/18/07 10:40:05 | 02/18/07 04:40:05 | 1 | 27 | 72 |
| 0137 | 02/18/07 10:40:16 | 02/18/07 04:40:16 | 1 | 27 | 72 |
| 0138 | 02/18/07 10:40:18 | 02/18/07 04:40:18 | 1 | 27 | 72 |
| 0139 | 02/26/07 17:47:04 | 02/26/07 11:47:04 | 1 | 36 | 71 |
| 0140 | 02/26/07 18:31:27 | 02/26/07 12:31:27 | 1 | 34 | 71 |
| 0141 | 03/10/07 21:50:54 | 03/10/07 15:50:54 | 1 | 26 | 71 |
| 0142 | 03/28/07 20:58:16 | 03/28/07 15:58:16 | 1 | 26 | 71 |
| 0143 | 04/08/07 02:14:33 | 04/07/07 21:14:33 | 1 | 25 | 70 |

Duncan 212

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|------------|----------|------|---------|
| 0144 | 04/08/07 02:14:35 | 04/07/07 21:14:35 | 1 | 25 | 70 |
| 0145 | 04/08/07 02:14:36 | 04/07/07 21:14:36 | 1 | 25 | 70 |
| 0146 | 04/08/07 02:14:37 | 04/07/07 21:14:37 | 1 | 25 | 70 |
| 0147 | 04/08/07 02:14:40 | 04/07/07 21:14:40 | 1 | 25 | 70 |
| 0148 | 04/08/07 02:14:42 | 04/07/07 21:14:42 | 2 | 25 | 70 |
| 0149 | 04/08/07 02:14:49 | 04/07/07 21:14:49 | 1 | 26 | 70 |
| 0150 | 04/08/07 02:14:51 | 04/07/07 21:14:51 | 1 | 26 | 70 |
| 0151 | 04/08/07 02:17:19 | 04/07/07 21:17:19 | 1 | 27 | 70 |
| 0152 | 04/08/07 02:17:26 | 04/07/07 21:17:26 | 1 | 27 | 70 |
| 0153 | 04/08/07 02:17:40 | 04/07/07 21:17:40 | 1 | 27 | 70 |
| 0154 | 04/08/07 02:17:42 | 04/07/07 21:17:42 | 1 | 27 | 70 |
| 0155 | 04/08/07 03:49:20 | 04/07/07 22:49:20 | 1 | 23 | 69 |
| 0156 | 04/08/07 03:49:23 | 04/07/07 22:49:23 | 1 | 23 | 69 |
| 0157 | 04/08/07 03:49:26 | 04/07/07 22:49:26 | 1 | 23 | 69 |
| 0158 | 04/08/07 03:50:11 | 04/07/07 22:50:11 | 1 | 24 | 69 |
| 0159 | 04/08/07 03:50:13 | 04/07/07 22:50:13 | 2 | 25 | 69 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0160 | 04/14/07 03:26:35 | 04/13/07 22:26:35 | 1 | 22 | 69 |
| 0161 | 04/14/07 03:52:28 | 04/13/07 22:52:28 | 1 | 22 | 69 |
| 0162 | 04/15/07 17:08:20 | 04/15/07 12:08:20 | 1 | 30 | 69 |
| 0163 | 04/15/07 17:08:37 | 04/15/07 12:08:37 | 1 | 30 | 69 |
| 0164 | 04/15/07 17:11:55 | 04/15/07 12:11:55 | 1 | 31 | 69 |
| 0165 | 04/15/07 17:11:59 | 04/15/07 12:11:59 | 1 | 31 | 69 |
| 0166 | 04/15/07 17:12:02 | 04/15/07 12:12:02 | 1 | 31 | 69 |
| 0167 | 04/15/07 17:28:03 | 04/15/07 12:28:03 | 1 | 31 | 68 |
| 0168 | 04/15/07 17:28:08 | 04/15/07 12:28:08 | 1 | 30 | 68 |
| 0169 | 04/15/07 17:28:13 | 04/15/07 12:28:13 | 1 | 31 | 68 |
| 0170 | 04/15/07 19:35:35 | 04/15/07 14:35:35 | 5 | 27 | 68 |
| 0171 | 04/15/07 19:35:46 | 04/15/07 14:35:46 | 2 | 27 | 68 |
| 0172 | 04/16/07 17:54:56 | 04/16/07 12:54:56 | 2 | 24 | 68 |
| 0173 | 04/16/07 18:26:53 | 04/16/07 13:26:53 | 5 | 27 | 67 |
| 0174 | 04/16/07 18:27:52 | 04/16/07 13:27:52 | 3 | 27 | 67 |
| 0175 | 04/22/07 01:12:19 | 04/21/07 20:12:19 | 3 | 29 | 67 |

| Seq | GMT Time | Local Time | Duration | Temp. | Battery |
|-----|----------|------------|----------|-------|---------|
| 0176 | 04/22/07 01:12:25 | 04/21/07 20:12:25 | 1 | 29 | 67 |
| 0177 | 04/27/07 23:34:41 | 04/27/07 18:34:41 | 1 | 27 | 67 |
| 0178 | 04/29/07 22:49:26 | 04/29/07 17:49:26 | 1 | 30 | 67 |
| 0179 | 05/05/07 00:13:46 | 05/04/07 19:13:46 | 2 | 26 | 66 |
| 0180 | 05/05/07 00:13:54 | 05/04/07 19:13:54 | 3 | 27 | 66 |
| 0181 | 05/06/07 15:40:45 | 05/06/07 10:40:45 | 1 | 29 | 66 |
| 0182 | 05/06/07 19:44:01 | 05/06/07 14:44:01 | 1 | 28 | 66 |
| 0183 | 05/06/07 19:44:12 | 05/06/07 14:44:12 | 3 | 29 | 66 |
| 0184 | 05/06/07 19:44:36 | 05/06/07 14:44:36 | 1 | 29 | 66 |
| 0185 | 05/06/07 19:46:42 | 05/06/07 14:46:42 | 1 | 30 | 66 |
| 0186 | 05/19/07 18:03:49 | 05/19/07 13:03:49 | 1 | 30 | 66 |
| 0187 | 05/19/07 23:20:28 | 05/19/07 18:20:28 | 1 | 29 | 65 |
| 0188 | 05/20/07 00:33:24 | 05/19/07 19:33:24 | 1 | 27 | 65 |
| Seq | GMT Time | Local Time | Duration | Temp. | Battery |
| 0189 | 05/26/07 00:22:05 | 05/25/07 19:22:05 | 1 | 23 | 65 |
| 0190 | 05/26/07 00:23:15 | 05/25/07 19:23:15 | 1 | 23 | 65 |
| 0191 | 05/26/07 01:43:50 | 05/25/07 20:43:50 | 1 | 29 | 99 |
| 0192 | 05/26/07 05:14:14 | 05/26/07 00:14:14 | 1 | 26 | 99 |
| 0193 | 05/26/07 05:16:45 | 05/26/07 00:16:45 | 5 | 27 | 99 |
| 0194 | 05/26/07 23:24:35 | 05/26/07 18:24:35 | 1 | 21 | 98 |
| 0195 | 05/27/07 01:36:07 | 05/26/07 20:36:07 | 1 | 26 | 98 |
| 0196 | 05/27/07 18:41:26 | 05/27/07 13:41:26 | 1 | 30 | 98 |
| 0197 | 05/28/07 19:38:58 | 05/28/07 14:38:58 | 1 | 28 | 98 |
| 0198 | 05/30/07 13:24:08 | 05/30/07 08:24:08 | 5 | 27 | 98 |
| 0199 | 05/30/07 13:24:49 | 05/30/07 08:24:49 | 3 | 28 | 97 |
| 0200 | 05/30/07 13:25:17 | 05/30/07 08:25:17 | 5 | 29 | 97 |
| 0201 | 05/30/07 13:28:33 | 05/30/07 08:28:33 | 5 | 30 | 97 |
| 0202 | 05/30/07 13:33:00 | 05/30/07 08:33:00 | 5 | 32 | 96 |
| 0203 | 06/02/07 12:30:57 | 06/02/07 07:30:57 | 1 | 26 | 96 |
| 0204 | 06/07/07 14:30:26 | 06/07/07 09:30:26 | 1 | 27 | 96 |
| 0205 | 06/07/07 16:19:40 | 06/07/07 11:19:40 | 1 | 29 | 96 |
| 0206 | 06/08/07 02:30:37 | 06/07/07 21:30:37 | 1 | 26 | 95 |
| 0207 | 06/09/07 00:50:45 | 06/08/07 19:50:45 | 1 | 29 | 95 |

Paper 2nd

| 0208 | 06/09/07 00:50:46 | 06/08/07 19:50:46 | 1 | 29 | 95 |
| 0209 | 06/09/07 00:50:47 | 06/08/07 19:50:47 | 1 | 29 | 95 |
| 0210 | 06/09/07 00:50:48 | 06/08/07 19:50:48 | 1 | 30 | 95 |
| 0211 | 06/09/07 00:50:49 | 06/08/07 19:50:49 | 1 | 30 | 95 |
| 0212 | 06/09/07 00:50:50 | 06/08/07 19:50:50 | 1 | 30 | 95 |
| 0213 | 06/09/07 00:50:51 | 06/08/07 19:50:51 | 1 | 30 | 95 |
| 0214 | 06/09/07 00:50:52 | 06/08/07 19:50:52 | 1 | 30 | 95 |
| 0215 | 06/09/07 00:50:55 | 06/08/07 19:50:55 | 1 | 30 | 95 |
| 0216 | 06/09/07 05:21:53 | 06/09/07 00:21:53 | 1 | 32 | 95 |
| 0217 | 06/09/07 07:10:21 | 06/09/07 02:10:21 | 1 | 27 | 95 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| --- | --- | --- | --- | --- | --- |
| 0218 | 06/09/07 22:33:50 | 06/09/07 17:33:50 | 1 | 32 | 94 |
| 0219 | 06/09/07 23:58:17 | 06/09/07 18:58:17 | 17 | 31 | 94 |
| 0220 | 06/09/07 23:58:53 | 06/09/07 18:58:53 | 5 | 31 | 93 |
| 0221 | 06/14/07 20:13:07 | 06/14/07 15:13:07 | 3 | 27 | 93 |
| 0226 | 07/07/07 09:09:30 | 07/07/07 04:09:30 | 5 | 31 | 92 |
| 0227 | 07/17/01 07:46:28 | 07/17/01 02:46:28 | 233 | 13 | 116 |
| 0228 | 07/28/07 18:38:28 | 07/28/07 13:38:28 | 3 | 27 | 92 |

Recorded X26 Time Changes

| Seq | GMT Time | Local Time | Change Type |
| --- | --- | --- | --- |
| 0222 | 07/07/07 08:11:59 | 07/07/07 03:11:59 | FROM |
| 0223 | 07/07/07 08:28:10 | 07/07/07 03:28:10 | TO |
| 0224 | 07/07/07 08:28:39 | 07/07/07 03:28:39 | FROM |
| 0225 | 07/07/07 08:28:43 | 07/07/07 03:28:43 | TO |

End of Report.

*DUReh*

*Tommy's*



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-216040 | Name | *Will Rogers* |
| Model # | X26 | Dept | *Tippah* |
| X26 Software Version | 15 | Rank | *SSG* |
| Dataport CD Version | 16.0 | Windows Version | *Microsoft® Windows NT(TM) Service Pack 2* |
| Record Date Range | *All Data* | Report Generated | *08/14/07 18:17:23 (local)* |
| Computer Time Zone | *Central Standard Time* | | |
| Using Daylight Savings Time | *Yes* | | |
| K26 Warranty Date | *07/13/07 State: Expired* | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0003 | 07/05/06 16:40:26 | 07/05/06 11:40:26 | 5 | 26 | 99 |
| 0004 | 07/05/06 16:40:31 | 07/05/06 11:40:31 | 5 | 27 | 99 |
| 0005 | 07/05/06 16:40:38 | 07/05/06 11:40:38 | 5 | 27 | 99 |
| 0006 | 07/13/06 22:09:17 | 07/13/06 17:09:17 | 1 | 26 | 98 |
| 0007 | 07/24/06 13:58:54 | 07/24/06 08:58:54 | 1 | 25 | 98 |
| 0008 | 08/08/06 23:51:08 | 08/08/06 18:51:08 | 5 | 30 | 98 |
| 0009 | 08/17/06 21:13:10 | 08/17/06 16:13:10 | 1 | 31 | 97 |
| 0010 | 08/17/06 21:13:31 | 08/17/06 16:13:31 | 1 | 30 | 97 |
| 0011 | 08/18/06 00:49:32 | 08/17/06 19:49:32 | 1 | 35 | 97 |
| 0012 | 08/18/06 00:49:36 | 08/17/06 19:49:36 | 1 | 34 | 97 |
| 0013 | 08/29/06 13:41:06 | 08/29/06 08:41:06 | 1 | 27 | 97 |
| 0014 | 09/11/06 22:33:36 | 09/11/06 17:33:36 | 1 | 30 | 97 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0015 | 10/13/06 16:41:30 | 10/13/06 11:41:30 | 1 | 26 | 96 |
| 0016 | 10/13/06 16:43:45 | 10/13/06 11:43:45 | 1 | 29 | 96 |
| 0017 | 10/13/06 16:49:48 | 10/13/06 11:49:48 | 2 | 30 | 96 |

Durem

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0018 | 10/13/06 17:21:23 | 10/13/06 12:21:23 | 1 | 26 | 96 |
| 0019 | 10/13/06 18:01:31 | 10/13/06 13:01:31 | 2 | 26 | 96 |
| 0020 | 10/14/06 21:12:30 | 10/14/06 16:12:30 | 2 | 26 | 96 |
| 0021 | 10/14/06 21:42:48 | 10/14/06 16:42:48 | 1 | 30 | 95 |
| 0022 | 10/14/06 21:42:53 | 10/14/06 16:42:53 | 1 | 30 | 95 |
| 0023 | 10/14/06 21:46:51 | 10/14/06 16:46:51 | 1 | 31 | 95 |
| 0024 | 10/14/06 22:22:52 | 10/14/06 17:22:52 | 3 | 30 | 95 |
| 0025 | 10/14/06 22:22:56 | 10/14/06 17:22:56 | 2 | 30 | 95 |
| 0026 | 10/14/06 22:23:11 | 10/14/06 17:23:11 | 2 | 30 | 95 |
| 0027 | 10/14/06 22:24:56 | 10/14/06 17:24:56 | 1 | 30 | 95 |
| 0028 | 10/14/06 22:48:28 | 10/14/06 17:48:28 | 5 | 30 | 95 |
| 0029 | 10/14/06 22:54:00 | 10/14/06 17:54:00 | 5 | 31 | 94 |
| 0030 | 10/14/06 22:56:23 | 10/14/06 17:56:23 | 5 | 32 | 94 |
| 0031 | 10/14/06 22:57:35 | 10/14/06 17:57:35 | 8 | 32 | 94 |
| 0032 | 10/14/06 23:09:29 | 10/14/06 18:09:29 | 2 | 31 | 93 |
| 0033 | 10/14/06 23:09:40 | 10/14/06 18:09:40 | 5 | 31 | 93 |
| 0034 | 10/14/06 23:11:41 | 10/14/06 18:11:41 | 2 | 32 | 93 |
| 0035 | 10/14/06 23:11:52 | 10/14/06 18:11:52 | 3 | 32 | 93 |
| 0036 | 10/14/06 23:13:50 | 10/14/06 18:13:50 | 3 | 32 | 92 |
| 0037 | 10/14/06 23:14:01 | 10/14/06 18:14:01 | 3 | 32 | 92 |
| 0038 | 10/14/06 23:15:28 | 10/14/06 18:15:28 | 2 | 32 | 92 |
| 0039 | 10/14/06 23:15:36 | 10/14/06 18:15:36 | 3 | 33 | 92 |
| 0040 | 10/15/06 12:12:15 | 10/15/06 07:12:15 | 1 | 26 | 92 |
| 0041 | 10/15/06 12:19:29 | 10/15/06 07:19:29 | 1 | 28 | 92 |
| 0042 | 10/15/06 12:29:13 | 10/15/06 07:29:13 | 1 | 29 | 92 |
| 0043 | 10/15/06 13:43:11 | 10/15/06 08:43:11 | 1 | 29 | 92 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0044 | 10/15/06 15:54:48 | 10/15/06 10:54:48 | 1 | 29 | 91 |
| 0045 | 10/15/06 15:54:52 | 10/15/06 10:54:52 | 1 | 29 | 91 |
| 0046 | 10/15/06 18:50:42 | 10/15/06 13:50:42 | 1 | 30 | 91 |
| 0047 | 10/15/06 18:50:45 | 10/15/06 13:50:45 | 1 | 30 | 91 |
| 0048 | 10/15/06 18:50:47 | 10/15/06 13:50:47 | 1 | 31 | 91 |
| 0049 | 10/15/06 18:50:48 | 10/15/06 13:50:48 | 1 | 31 | 91 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|------|----------|-----------|----------|------|---------|
| 0050 | 10/15/06 18:50:55 | 10/15/06 13:50:55 | 4 | 31 | 91 |
| 0051 | 10/15/06 18:56:03 | 10/15/06 13:56:03 | 1 | 30 | 91 |
| 0052 | 10/15/06 18:56:07 | 10/15/06 13:56:07 | 1 | 30 | 91 |
| 0053 | 10/15/06 18:56:07 | 10/15/06 13:56:07 | 1 | 30 | 91 |
| 0054 | 10/15/06 18:56:08 | 10/15/06 13:56:08 | 1 | 31 | 91 |
| 0055 | 10/15/06 18:56:11 | 10/15/06 13:56:11 | 1 | 31 | 91 |
| 0056 | 10/15/06 18:56:19 | 10/15/06 13:56:19 | 1 | 31 | 91 |
| 0057 | 10/15/06 18:56:24 | 10/15/06 13:56:24 | 1 | 31 | 90 |
| 0058 | 10/15/06 18:56:28 | 10/15/06 13:56:28 | 1 | 31 | 90 |
| 0059 | 10/15/06 19:02:12 | 10/15/06 14:02:12 | 1 | 30 | 90 |
| 0060 | 10/15/06 19:02:18 | 10/15/06 14:02:18 | 1 | 30 | 90 |
| 0061 | 10/15/06 19:33:43 | 10/15/06 14:33:43 | 1 | 31 | 90 |
| 0062 | 10/15/06 19:33:53 | 10/15/06 14:33:53 | 2 | 31 | 90 |
| 0063 | 10/15/06 19:33:59 | 10/15/06 14:33:59 | 2 | 31 | 90 |
| 0064 | 10/15/06 19:39:38 | 10/15/06 14:39:38 | 1 | 31 | 90 |
| 0065 | 10/15/06 20:25:56 | 10/15/06 15:25:56 | 1 | 29 | 90 |
| 0066 | 10/15/06 20:41:17 | 10/15/06 15:41:17 | 1 | 31 | 90 |
| 0067 | 10/15/06 20:41:24 | 10/15/06 15:41:24 | 1 | 30 | 90 |
| 0068 | 10/15/06 20:41:29 | 10/15/06 15:41:29 | 1 | 30 | 90 |
| 0069 | 10/15/06 20:41:58 | 10/15/06 15:41:58 | 1 | 30 | 90 |
| 0070 | 10/15/06 20:42:01 | 10/15/06 15:42:01 | 1 | 30 | 90 |
| 0071 | 10/16/06 16:00:06 | 10/16/06 11:00:06 | 2 | 28 | 89 |
| 0072 | 10/16/06 16:01:14 | 10/16/06 11:01:14 | 1 | 30 | 89 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0073 | 10/18/06 18:02:12 | 10/18/06 13:02:12 | 1 | 27 | 89 |
| 0074 | 10/18/06 19:20:38 | 10/18/06 14:20:38 | 1 | 27 | 89 |
| 0075 | 10/18/06 19:32:14 | 10/18/06 14:32:14 | 1 | 32 | 89 |
| 0076 | 10/18/06 19:48:50 | 10/18/06 14:48:50 | 4 | 32 | 89 |
| 0077 | 10/18/06 19:49:00 | 10/18/06 14:49:00 | 3 | 31 | 89 |
| 0078 | 10/18/06 19:51:23 | 10/18/06 14:51:23 | 4 | 32 | 88 |
| 0079 | 10/18/06 19:51:31 | 10/18/06 14:51:31 | 2 | 32 | 88 |
| 0080 | 10/18/06 19:52:23 | 10/18/06 14:52:23 | 4 | 33 | 88 |
| 0081 | 10/18/06 19:52:41 | 10/18/06 14:52:41 | 5 | 33 | 88 |

DuRen 1st

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|------------|----------|------|---------|
| 0082 | 10/18/06 19:52:51 | 10/18/06 14:52:51 | 2 | 33 | 88 |
| 0083 | 10/18/06 19:53:19 | 10/18/06 14:53:19 | 5 | 33 | 88 |
| 0084 | 10/18/06 19:53:35 | 10/18/06 14:53:35 | 5 | 33 | 87 |
| 0085 | 10/18/06 19:54:48 | 10/18/06 14:54:48 | 1 | 32 | 87 |
| 0086 | 10/18/06 19:55:18 | 10/18/06 14:55:18 | 1 | 32 | 87 |
| 0087 | 10/18/06 19:55:58 | 10/18/06 14:55:58 | 3 | 33 | 87 |
| 0088 | 10/18/06 20:00:48 | 10/18/06 15:00:48 | 5 | 34 | 87 |
| 0089 | 10/18/06 20:01:14 | 10/18/06 15:01:14 | 5 | 34 | 86 |
| 0090 | 10/18/06 20:14:29 | 10/18/06 15:14:29 | 3 | 30 | 86 |
| 0091 | 10/18/06 20:14:41 | 10/18/06 15:14:41 | 5 | 30 | 86 |
| 0092 | 10/18/06 20:14:45 | 10/18/06 15:14:45 | 3 | 30 | 85 |
| 0093 | 10/18/06 20:15:01 | 10/18/06 15:15:01 | 1 | 30 | 85 |
| 0094 | 10/18/06 21:01:31 | 10/18/06 16:01:31 | 5 | 28 | 85 |
| 0095 | 10/18/06 21:01:44 | 10/18/06 16:01:44 | 5 | 28 | 85 |
| 0096 | 10/18/06 21:01:49 | 10/18/06 16:01:49 | 5 | 29 | 85 |
| 0097 | 11/02/06 14:21:48 | 11/02/06 09:21:48 | 2 | 26 | 84 |
| 0098 | 11/02/06 14:21:52 | 11/02/06 09:21:52 | 2 | 26 | 84 |
| 0099 | 11/02/06 14:21:57 | 11/02/06 09:21:57 | 3 | 26 | 84 |
| 0100 | 11/02/06 14:22:07 | 11/02/06 09:22:07 | 2 | 26 | 84 |
| 0101 | 11/08/06 19:10:36 | 11/08/06 13:10:36 | 1 | 30 | 84 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0102 | 11/08/06 19:10:54 | 11/08/06 13:10:54 | 2 | 30 | 84 |
| 0103 | 12/04/06 22:07:05 | 12/04/06 16:07:05 | 1 | 19 | 83 |
| 0104 | 01/19/07 21:21:58 | 01/19/07 15:21:58 | 2 | 31 | 82 |
| 0105 | 04/16/07 20:00:47 | 04/16/07 15:00:47 | 5 | 31 | 99 |
| 0106 | 04/16/07 20:01:16 | 04/16/07 15:01:16 | 3 | 32 | 99 |
| 0107 | 05/07/07 18:33:10 | 05/07/07 13:33:10 | 4 | 30 | 99 |
| 0108 | 05/07/07 18:33:25 | 05/07/07 13:33:25 | 3 | 31 | 98 |
| 0109 | 05/07/07 21:39:52 | 05/07/07 16:39:52 | 1 | 30 | 98 |
| 0110 | 06/04/07 19:39:25 | 06/04/07 14:39:25 | 1 | 27 | 98 |
| 0111 | 06/14/07 16:30:48 | 06/14/07 11:30:48 | 2 | 35 | 98 |
| 0112 | 06/25/07 18:19:43 | 06/25/07 13:19:43 | 3 | 36 | 98 |
| 0117 | 07/06/07 21:16:55 | 07/06/07 16:16:55 | 5 | 32 | 97 |

DUREN

| 0118 | 08/14/07 21:51:32 | 08/14/07 16:51:32 | 1 | 40 | 97 |
| 0119 | 08/14/07 22:02:25 | 08/14/07 17:02:25 | 5 | 38 | 96 |

Recorded X26 Time Changes

| Seq | GMT Time | Local Time | Change Type |
|------|----------|------------|-------------|
| 0001 | 07/05/06 16:39:47 | 07/05/06 11:39:47 | FROM |
| 0002 | 07/05/06 16:39:47 | 07/05/06 11:39:47 | TO |
| 0113 | 07/06/07 21:02:03 | 07/06/07 16:02:03 | FROM |
| 0114 | 07/06/07 21:13:21 | 07/06/07 16:13:21 | TO |
| 0115 | 07/06/07 21:13:57 | 07/06/07 16:13:57 | FROM |
| 0116 | 07/06/07 21:14:02 | 07/06/07 16:14:02 | TO |

End of Report.

Roy Snapplcy
7/16/07

Dope



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-215586 | Name | *Will Rogers* |
| Model # | X26 | Dept | *Tippah* |
| X26 Software Version | *15* | Rank | *SSG* |
| Dataport CD Version | *16.0* | Windows Version | *Microsoft® Windows NT(TM) Service Pack 2* |
| Record Date Range | *All Data* | Report Generated | *07/16/07 19:16:02 (local)* |
| Computer Time Zone | *Central Standard Time* | | |
| Using Daylight Savings Time | *Yes* | | |
| X26 Warranty Date | *07/25/07 State: Active* | | |

Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 06/30/06 15:54:57 | 06/30/06 10:54:57 | Old Time | | |
| 0002 | 06/30/06 15:54:57 | 06/30/06 10:54:57 | New Time | | |
| 0003 | 06/30/06 15:55:32 | 06/30/06 10:55:32 | 5 | 29 | 99 |
| 0004 | 06/30/06 15:55:38 | 06/30/06 10:55:38 | 5 | 29 | 99 |
| 0005 | 06/30/06 15:55:46 | 06/30/06 10:55:46 | 5 | 29 | 99 |
| 0006 | 09/24/06 21:27:02 | 09/24/06 16:27:02 | 5 | 35 | 98 |
| 0007 | 10/09/06 19:06:53 | 10/09/06 14:06:53 | 10 | 46 | 97 |
| 0008 | 10/14/06 21:48:24 | 10/14/06 16:48:24 | 3 | 34 | 96 |
| 0009 | 10/14/06 22:24:29 | 10/14/06 17:24:29 | 3 | 34 | 96 |
| 0010 | 10/14/06 22:25:00 | 10/14/06 17:25:00 | 1 | 34 | 96 |
| 0011 | 10/14/06 22:26:37 | 10/14/06 17:26:37 | 1 | 34 | 96 |
| 0012 | 10/14/06 22:46:01 | 10/14/06 17:46:01 | 5 | 33 | 96 |
| 0013 | 10/14/06 23:08:04 | 10/14/06 18:08:04 | 1 | 33 | 95 |
| 0014 | 10/14/06 23:08:15 | 10/14/06 18:08:15 | 5 | 34 | 95 |
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0015 | 10/15/06 01:19:42 | 10/14/06 20:19:42 | 2 | 31 | 95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0016 | 01/12/07 01:49:20 | 01/11/07 19:49:20 | 5 | 34 | 94 | D O PC |
| 0017 | 01/20/07 22:27:56 | 01/20/07 16:27:56 | 5 | 34 | 94 | |
| 0018 | 03/30/07 23:37:13 | 03/30/07 18:37:13 | 5 | 37 | 93 | |
| 0019 | 05/26/07 19:46:10 | 05/26/07 14:46:10 | 5 | 38 | 91 | |
| 0020 | 05/26/07 19:49:03 | 05/26/07 14:49:03 | 5 | 41 | 91 | |
| 0021 | 05/26/07 19:54:19 | 05/26/07 14:54:19 | 3 | 44 | 89 | |
| 0022 | 07/17/07 00:04:34 | 07/16/07 19:04:34 | 5 | 41 | 87 | |

End of Report.