**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JIMMY DALE HUNSUCKER, JR.**                                                            **PLAINTIFF**

**V.**         **CASE NO. 3:10-CV-008**

**TIPPAH COUNTY, MISSISSIPPI, et al.**             **DEFENDANTS**

JUDGMENT

This cause is before the court on the plaintiff's motion [140] for entry of judgment pursuant to Fed. R. Civ. P. 54(b). On March 20, 2012, the court granted summary judgment on the plaintiff's claims against Brandon Vance in his individual capacity and dismissed Vance from the lawsuit. The plaintiff requests the court to enter a separate judgment as such "may be necessary for the Fifth Circuit to exercise appellate jurisdiction." Upon due consideration, the court finds that the motion to enter judgment is well taken and shall be granted. The judgment of the court is as follows:

For the reasons given in this court's March 20, 2012 order, Brandon Vance's motion for summary judgment is granted. All claims asserted against Vance in his individual capacity are dismissed.

SO ORDERED, this the 15th day of May, 2012.

                                                       **/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**