IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JIMMY DALE HUNSUCKER, JR.**                                  **PLAINTIFF**

**VS**                                  **CAUSE NO. 3:10CV008-MPM-JAD**

**TIPPAH COUNTY, MISSISSIPPI, ET AL**                                **DEFENDANTS**

_____

**NOTICE OF ENDORSEMENT**
_____

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the following document which was filed electronically as Document No. 148, on July 11, 2012: **STIPULATION OF DISMISSAL**.

Respectfully submitted, this the 12th day of July, 2012.

                                              Respectfully submitted,

                                              **ST. PAUL FIRE & MARINE INSURANCE COMPANY**

                             BY:    /s/ Laurie R. Williams
                                           LAURIE R. WILLIAMS (MSB 3 5675)
                                           CHARLES G. COPELAND (MSB #6515)
                                           ATTORNEYS FOR DEFENDANT,
                                           ST. PAUL FIRE & MARINE INSURANCE COMPANY

OF COUNSEL:
COPELAND, COOK, TAYLOR AND BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone No.:  (601) 856-7200
Facsimile No.:   (601) 856-7626

**CERTIFICATE OF SERVICE**

I, Laurie R. Williams, hereby certify that on the 11th day of July, 2012, I electronically filed the foregoing Notice of Endorsement with the Clerk of Court using the ECF system which sent notification of such filing to the following:

> Charles R. Mullins
> Coxwell & Associates, PLLC
> P. O. Box 1337
> Jackson, MS 39215-1337
> chuckm@coxwelllaw.com
>
> B. Sean Atkins
> Atkins & Adams, P.A.
> 108 E. Jefferson Street
> Ripley, MS 38663
> sean@akinsadams.com
>
> R. Jeff Allen
> Hunt, Ross & Allen
> P. O. Box 1196
> Clarksdale, MS 38614
> rjallen@huntross.com
>
> Christi R. McCoy
> McCoy Law Firm
> 1739 University Avenue, No. 252
> Oxford, MS 38655
> mccoylaw@avsia.com

>Wendell H. Trapp, Jr.
>Mitchell, McNutt & Sams
>Post Office Box 1200
>Corinth, MS 38835
>wtrapp@mitchellmcnutt.com

This the 12th day of July, 2012

>*/s/ Laurie R. Williams*
>Laurie R. Williams